# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**ROBERT R. DI TROLIO**
**CLERK OF COURT**

WESTERN DIVISION

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

April 26, 2005

RE: AMERICAN BUSINESS FORMS, INC. Vs. THE RESTAURANT COMPANY
03-2194-B

Dear Counsel:

It appears in the above referenced cause that the parties are unable to agree on the taxation of costs.

Pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, the Clerk will tax costs on **Friday, 5/13/2005 @ 11:30 a.m.,** in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk will accept the citation of any law the parties think appropriate, but such submissions must be received no later than one week prior to the scheduled hearing.

Sincerely,

Robert Di Trolio, Clerk

by: *Earline Grayer*
Deputy Clerk

/ehg
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CV-02194 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Robert Di Trolio
CLERK, U.S. DISTRICT COURT
242 Federal Bldg.
167 North Main Street
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT